## 45340. PEACOCK v. FORREST.
(368 SE2d 519)

PER CURIAM.

We granted certiorari in the case of *Forrest v. Peacock,* 185 Ga. App. 189 (363 SE2d 581) (1987).

The denial of the motion for new trial based on the general grounds was not error, as the evidence did not demand a verdict awarding money damages to the defendant below.

*Judgment reversed. All the Justices concur.*

DECIDED APRIL 7, 1988.

*E. Wycliffe Orr, Bonnie Chessher Oliver,* for appellant.
*Thomas L. Washburn III,* for appellee.
*Kenneth G. Levin,* amicus curiae.